UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lillie Carr v. Bayer HealthCare*          No. 12-cv-10947-DRH
*Pharmaceuticals, Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 2, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY: /s/*Sara Jennings*
                                     **Deputy Clerk**

Dated: December 4, 2013

                       David R. Herndon
                       2013.12.04
                       09:56:27 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT